An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM MITCHELL,
Petitioner,

vs.

BACA, WARDEN,
Respondent.

No. 63556

**FILED**

SEP 18 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of extraordinary relief. Petitioner asserts that he has received ineffective assistance of counsel. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. We note that petitioner asserts he is represented by counsel and he should proceed by and through counsel. Claims of ineffective assistance of counsel must be raised in a post-conviction petition for a writ of habeas corpus and filed in the district court in the first instance. *See* NRS 34.724(2)(b); NRS 34.738(1).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

---

[1] We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.

13-27718

cc: William Mitchell
Carl Arnold, Esq.
Attorney General/Carson City
Eighth District Court Clerk